Sheri M. Thome, Esq.
Nevada Bar No. 008657
I-Che Lai, Esq.
Nevada Bar No. 012247
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Tel: (702) 727-1400; Fax: (702) 727-1401
Sheri.Thome@wilsonelser.com
I-Che.Lai@wilsonelser.com
*Attorneys for Defendant*
*AmTrust Insurance Company of Kansas, Inc., erroneously*
*sued as AmTrust Insurance Company of Kansas, Inc. dba*
*AmTrust North America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WRENN, individually,<br><br>Plaintiff,<br><br>v.<br><br>AMTRUST INSURANCE COMPANY OF KANSAS, INC. dba AMTRUST NORTH AMERICA; DOES I through X; ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.   Case No.: 2:19-cv-00868-APG-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1585414v.1

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Michael Wrenn, by and through his attorneys of record, The Powell Law Firm, and Defendant AmTrust Insurance Company of Kansas, Inc., erroneously sued as AmTrust Insurance Company of Kansas, Inc. dba AmTrust North America, by and through its attorneys of record, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate and agree that the claims against Defendant AmTrust Insurance Company of Kansas, Inc. erroneously sued as AmTrust Insurance Company of Kansas, Inc. dba AmTrust North America be dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 6th day of April, 2020.

DATED this 2nd day of March, 2020.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

THE POWELL LAW FIRM

By:  */s/ Sheri Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
I-Che Lai, Esq.
Nevada Bar No. 012247
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*AmTrust Insurance Company of Kansas,*
*Inc., erroneously sued as AmTrust*
*Insurance Company of Kansas, Inc. dba*
*AmTrust North America*

By:  */s/ Paul Powell*
Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, NV 89148
*Attorneys for Plaintiff Michael Wrenn*

## ORDER

Upon stipulation of the parties and for good cause shown, the claims against Defendant AmTrust Insurance Company of Kansas, Inc. erroneously sued as AmTrust Insurance Company of Kansas, Inc. dba AmTrust North America are dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:  4/6/2020 _____

-2-